```
STEPHEN H. SMITH, Bar #101377
E-mail: shsmith@yokasmith.com
SUNG HO (SEAN) KIM, Bar #239542
E-mail: skim@yokasmith.com
YOKA & SMITH, LLP
777 South Figueroa St., Suite 4200
Los Angeles, California 90017
Phone: (213) 427-2300 / Fax: (213) 427-2330
Attorneys for Plaintiff, PLAYSAFE RECREATIONAL AND CONSULTING
SERVICES, LLC.
```

JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYSAFE RECREATIONAL AND CONSULTING SERVICES, LLC, a New Mexico Limited Liability Company,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PLAY SAFE INSPECTION, LLC., a California Limited Liability Company; and JAMES A. STEIN, an individual; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. CV12-00679 PA (Ex)<br>*Honorable Percy Anderson*<br><br>**STIPULATED ORDER AND JUDGMENT FOR PERMANENT INJUNCTION**<br><br>NOTE CHANGES MADE BY THE COURT. |

**STIPULATED ORDER AND JUDGMENT FOR PERMANENT INJUNCTION**

...

**THIS MATTER** comes before the Court on stipulation of the Plaintiff and Defendants by and through their attorneys of record to resolve the issues related to the alleged infringement of Plaintiff's trademarks and service marks.

Plaintiff and Defendants stipulate as follows:

A. Plaintiff is the owner of the trademark and service mark registered in the United States Patent and Trademark Office: PLAYSAFE RECREATIONAL CONSULTING AND SERVICES® U.S. Registration Number, 2,673,498 issued on January 14, 2003.

B. Defendants, Play Safe Inspection, LLC and James A. Stein (collectively referred to as "Defendants"), inclusive were operating a business known as Play Safe Inspection, LLC, for services similar to the services offered by the Plaintiff. Defendants owned, operated, and maintained one World Wide website, www.play-safe-inspection.com for Play Safe Inspection, LLC, and advertised in both printed and electronic media using the Play Safe Inspection, LLC name.

C. Defendants stipulate and agree that they should and shall be permanently enjoined from using the words "Play" and "Safe" in juxtaposition, including adding prefixes or suffixes to the words, as an source identifier in any media, provided that nothing shall preclude Defendants from using the words "Play" and/or "Safe" not in juxtaposition, and only in descriptive text.

D. Defendants stipulate and agree to immediately cease use of, ownership, and control of the website and domain name www.play-safe-inspection.com and from doing business as Play Safe Inspection, LLC. The Defendants shall remove any and all advertisements in printed or electronic media that use Play Safe Inspection, LLC as an identifier within twenty (20) days of the date of this Stipulated Order and Judgment for Permanent Injunction. For all advertisements that the Defendants do not have control over, such as phone books and the like, the Defendants shall immediately contact those

advertisers and cancel any future publications that contain the aforementioned words.

E. In the event Plaintiff becomes aware of any use by Defendants of any marks that Plaintiff believes violates the terms of this Injunction, Plaintiff shall notify Defendants in writing prior to commencing any Court action of the alleged violations and Defendants shall have twenty (20) days to cure or resolve the alleged violations.

F. The Defendants shall pay to Plaintiff the sum of $3,000.00 for costs and attorney's fees.

G. All parties request the Court to approve this Stipulated Order and Judgment for Permanent Injunction.

Approved for the Plaintiff:
YOKA & SMITH, LLP

/s/Stephen H. Smith                             Date: March 29, 2012
STEPHEN H. SMITH, ESQ. Bar #101377
777 South Figueroa St., Suite 4200
Los Angeles, California 90017
Phone: (213) 427-2300 / Fax: (213) 427-2330


Approved for the Defendants:
LAW OFFICE OF DAVID SHEIN

/s/David Shein                                  Date: March 29, 2012
DAVID R. SHEIN, ESQ.
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Tel: (310) 590-1820


**GOOD CAUSE APPEARING THEREFROM,**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. As between Plaintiff and Defendants, all counts and claims and other issues presently before this Court are dismissed.
2. The Defendants are permanently enjoined from using the words "Play" and "Safe" in juxtaposition, including adding prefixes or suffixes to the words, as an identification of a source of recreational and/or consulting services to public sector parks and recreational agencies namely conducting playground safety audits, reviewing standards and practices to assure compliance with laws and regulations governing parks and agencies, and consulting with parks and recreational agencies on grant writing. Nothing shall preclude Defendants from using the words "Play" or "Safe but not in juxtaposition, and only in descriptive text.
3. The Defendants are enjoined from doing business as "Play Safe Inspection, LLC" and immediately shall cease use of and relinquish ownership and control of the Web site and domain name www.play-safe-inspection.com. The Defendants shall remove any and all advertisements in printed or electronic media that use Play Safe Inspection, LLC as an identifier, within twenty (20) days of the date of this Stipulated Order and Judgment for Permanent Injunction. For all advertisements that the Defendants do not have control over, such as phone books and the like, the Defendants shall immediately contact those advertisers and cancel any future publications that contain the aforementioned words.
4. The Defendants shall pay to Plaintiff the sum of $3,000.00 for costs and attorney's fees.
5. In the event Plaintiff becomes aware of any use by Defendants of "Play Safe Recreation and Consulting Services" marks that Plaintiff believes would violate the terms of this Injunction, Plaintiff shall notify Defendants in writing prior to commencing any Court action of the alleged violation, and the Defendants shall have twenty (20) days to cure or resolve the alleged violation.

6. The Court shall retain jurisdiction over the parties and this matter to enforce the terms of ~~this Stipulated Order and Judgment for~~ the Permanent Injunction as provided by *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 128, L.Ed. 2d 391, 114 S. Ct. 1673 (1994).

**IT IS SO ORDERED**

Dated: 3/30/12

*Honorable Percy Anderson*
UNITED STATED DISTRICT COURT JUDGE